THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Linda Erickson, Plaintiff,
  
 Karen Winner,
 The Justice Seekers, Inc., Domestic Court Reform Movement, John Hill, Natalie
 Short n/k/a Natalie Brabant, Patricia Beal, Carl Beal, Kayla Keenan, Ernie
 Weaver, and Terry Wheatley, Individually and on behalf of the State of South
 Carolina Guardian Ad Litem Program, Defendants.
 and
 Alvin C. Biggs, Plaintiff
 v.
 Karen Winner,
 The Justice Seekers, Inc., Domestic Court Reform Movement, Patricia Beal,
 Carl Beal, and Natalie Short, Defendants,
 Of whom Linda
 Erickson is Respondent/Appellant,
 Alvin C. Biggs
 is Appellant,
 Patricia Beal,
 Carl Beal, Ernie Weaver, and John Hill are Appellants/Respondents,
 and Natalie
 Short n/k/a Natalie Brabant is Respondent.
 
 
 

Appeal from Charleston County
 J. C. Nicholson, Jr., Circuit Court Judge
Memorandum Opinion No. 2010-MO-006
Heard February 3, 2010  Filed March 1,
 2010   
AFFIRMED IN PART; VACATED IN PART

 
 
 
 Russell
 S. Stemke, of Island Law Offices, of Isle of Palms, for Appellant Biggs and
 Respondent/Appellant Erickson.
 Eugene
 P. Corrigan, III and Laura C. Waring, both Grimball & Cabaniss, of
 Charleston; Chalmers Carey Johnson, of Tacoma, Washington, John K. Blincow,
 Jr., of Turner, Padget, Graham & Laney, Stephanie Pendarvis McDonald, of
 Senn, McDonald & Leinbach, and William Jackson Cook, all of Charleston, for
 Appellants/Respondents.
 Eugene
 P. Corrigan, III, Laura C. Waring, both of Grimball & Cabaniss, and William
 Jackson Cook, all of Charleston, for Respondent.
 
 
 

PER CURIAM:  We affirm the trial court's decision to
 reform the verdict and award Erickson $243,540.82 in actual damages.  K &
 A Acquis. Group, LLC v. Islande Pointe, LLC, 383 S.C. 563, 682 S.E.2d 252
 (2009) (issue must be raised and ruled on below to be preserved for  appeal). 
 After reviewing the record, we vacate the punitive damages award in its
 entirety.  Mitchell v. Fortis Ins. Co., ____ S.C. ____, 686 S.E.2d 176
 (2009) (de novo review).  All remaining issues are affirmed.  Rule
 220(b)(1), SCACR.  The parties shall bear their own appellate attorneys' fees
 and costs.  Rule 222, SCACR.
AFFIRMED IN PART; VACATED IN PART. 
TOAL, C.J.,
 PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.